UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER,<br><br>      Plaintiff,<br><br>v.<br><br>VENTURA COUNTY et al.,<br><br>      Defendants. | Case No. 2:21-cv-08658-SB-AFM<br><br>ORDER TO SHOW CAUSE (OSC)<br>RE:  SANCTIONS |

      On November 18, 2022, the sole remaining Defendant in this case, Ventura County, unilaterally filed a motion for summary judgment on Plaintiff's claims. Dkt. No. 36.  The motion and its accompanying documents do not comply with the Court's Order re:  Motions for Summary Judgment (MSJ Order), which requires the parties to work cooperatively to submit a joint motion and joint appendices of facts, exhibits, and objections.  Dkt. No. 35.  Defendant acknowledges this noncompliance but produces a declaration that Defendant timely met and conferred with Plaintiff and provided Defendant's portions of the joint brief to Plaintiff, but that Plaintiff failed to provide his corresponding portions either on time or by the extended deadline he requested, such that Defendant was forced to file its motion unilaterally on the last possible day that would allow it to be timely heard.  Dkt. No. 36-3 at 18 of 31.  Plaintiff neither requested an extension from the Court before his briefing deadlines passed nor subsequently filed any opposition briefing or explanation for his failure to comply with the Court's MSJ Order.

      The MSJ Order provides that:

> If it appears that the parties . . . have not worked to fully integrate the MSJ, or have otherwise failed to fully comply with this Order, the MSJ may be stricken, and the parties may be required to repeat the process.  The deadline for hearing the MSJ will not be continued for

> failure to comply with this Order, absent good cause. If it appears that one (or more) of the parties is primarily responsible for the failure to properly file a compliant Joint Brief, the primarily responsible party or parties shall be subject to appropriate sanctions.

Dkt. No. 35 at 9.

It appears on this record that the parties' noncompliance with the MSJ Order is solely attributable to Plaintiff's failure to fulfill his obligations. Because the hearing deadline for dispositive motions is December 16, 2022, it is too late for the parties to file a corrected joint motion for summary judgment consistent with the Case Management Order. Accordingly, Plaintiff is ORDERED to show cause at a hearing on December 9, 2022, at 8:30 a.m. (1) why this case should not be dismissed either for want of prosecution or as a sanction for Plaintiff's failure to comply with his obligations under the MSC Order and (2) why, if the case is not dismissed, Plaintiff and his counsel should not be subject to sanctions, including payment of Defendant's attorney's fees for its work on the motion for summary judgment, for Plaintiffs' noncompliance with the MSC Order. No later than December 2, 2022, Plaintiff shall file a written response to the order to show cause. In the written response to the OSC, counsel shall state whether he has ever been the subject of sanctions or an OSC for failing to follow any court rule or order.

IT IS SO ORDERED.

Date: November 28, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge