UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER,<br><br>      Plaintiff,<br><br>v.<br><br>VENTURA COUNTY et al.,<br><br>      Defendants. | Case No. 2:21-cv-08658-SB-AFM<br><br>FINAL JUDGMENT |

      Pursuant to Plaintiff's notice of voluntary dismissal filed on June 23, 2022, and for the reasons stated in the Court's separate order granting Defendant Ventura County's motion for summary judgment entered this day, it is

      ORDERED and ADJUDGED that Plaintiff Bruce Boyer's claims against Defendants Ventura County Board of Directors, Ventura County Sheriff's Office, and William Ayub in his official capacity as Ventura County Sheriff are DISMISSED without prejudice pursuant to Plaintiff's voluntary dismissal.  It is further

      ORDERED and ADJUDGED that Plaintiff's claims against Defendant Ventura County are DISMISSED on the merits with prejudice.

      This is a final judgment.

Date: January 23, 2023

                                                    Stanley Blumenfeld, Jr.
                                              United States District Judge